NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
28314
25-JAN-2011
12:01 PM**

NO. 28314

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHUNG MI AHN, Claimant/Appellant-Appellee, Cross-Appellee,
v.
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Respondent/Appellee-Appellant, Cross-Appellee,
and
J.P. SCHMIDT, Insurance Commissioner, Department of
Commerce and Consumer Affairs,
Appellee-Appellee, Cross-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 05-1-2265)


SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley, Fujise, JJ.)

Liberty Mutual Fire Insurance Company (Liberty Mutual)
appeals and the Insurance Commissioner, Department of Commerce
and Consumer Affairs, cross-appeals from the Judgment filed by
the Circuit Court of the First Circuit (circuit court)[1] in favor
of Chung Mi Ahn (Ahn). On appeal, Liberty Mutual and the
Insurance Commissioner argue that the circuit court erred in
ruling that Ahn is a real party in interest to pursue a claim for
an unpaid medical bill against Liberty Mutual. For the reasons
set forth in this court's recent decision in Kim v. Liberty Mut.

---

[1] The Honorable Eden Elizabeth Hifo presided.

<u>Fire Ins. Co.</u>, No. 28315, 2010 WL 5233004 (Hawai'i App. December 23, 2010), we affirm the circuit court's November 17, 2006, Judgment.

DATED:  Honolulu, Hawai'i, January 25, 2010.

On the briefs:

David A. Webber
Deborah Day Emerson
Deputies Attorney General
for Appellee-Appellee,
Cross-Appellant

Melvin Y. Agena
(Law Offices of Melvin Y. Agena)
Andrew A. Agard
(The Andrew A. Agard Law Office)
for Claimant/Appellant-Appellee,
Cross-Appellee

Randall Y.S. Chung
James H. Monma
(Matsui Chung)
for Respondent/Appellee-Appellant,
Cross-Appellee

Craig H. Nakamura
Chief Judge

Daniel R. Foley
Associate Judge

Associate Judge

2